JOHN W. HUBER, United States Attorney (#7226)
KARIN M. FOJTIK, Assistant United States Attorney (#7527)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682



IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JACOB RILEY PECK, | Defendant.<br><br>INDICTMENT<br><br>VIOLATION:<br>18 U.S.C. § 2422(b), COERCION AND ENTICEMENT (Count 1) |

Case: 1:19-cr-00082
Assigned To : Shelby, Robert J.
Assign. Date : 8/14/2019
Description:

The Grand Jury Charges:

### COUNT 1
Coercion and Enticement
(18 U.S.C. § 2422(b))

Between April 15, 2019, and August 1, 2019, in the Northern Division of the

District of Utah,

JACOB RILEY PECK,

the defendant herein, did knowingly and intentionally, by means of a facility of interstate

commerce, persuade, induce, entice, and coerce any individual who had not attained the

age of 18 years, to engage in sexual activity for which a person can be charged with a

criminal offense, and attempted to so persuade, induce, entice, and coerce; and did aid and abet; all in violation of 18 U.S.C. § 2422(b).

TRUE BILL:

/s/

FOREPERSON OF THE GRAND JURY

JOHN W. HUBER
United States Attorney

KARIN M. FOJTIK
Assistant United States Attorney